Adam R. Allan, Esq. (SDNY 9610)
50 Pine Street, Suite 3S
New York, NY 10005
Telephone: 212-514-7084
E-mail: adam.allan@post.harvard.edu

Attorney for Thomas Temple Allan, Jr. & Hela Miodownik

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-10645 |
| YOUNG BROADCASTING, INC., | (Jointly Administered) |
| et. al. | Chapter 11 |
| DEBTORS | Honorable Arthur J. Gonzales |

Notice of Appeal

Thomas Temple Allan, Jr. and Hela Miodownik, parties in interest and B and A shareholders, respectively, appeal under 28 U.S.C. sections 158 (a) & (b) from the order of Bankruptcy Judge Arthur J. Gonzalez pursuant to 11 U.S.C. section 327 entered on the 12th day of March 2009 (Docket #102, 83) confirming Sonnenschein Nath & Rosenthal, LLP as Debtors' proposed attorneys and a second order dated March 12, 2009 to the extent that it confirms Akerman Senterfitt as Debtors' Proposed Counsel (Docket #100, 82) and any other matter properly before the Court in this proceeding on March 12, 2009.

The names of all the parties to the order appealed from and the names, addresses, telephone numbers, of their respective attorneys are as follows:

Debtors: Young Broadcasting, Inc., et. al.
599 Lexington Avenue, 47th Floor
New York, NY 10022

Debtors' Proposed Attorneys:

Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

Peter D. Wolfson, Esq.
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

Debtors' Proposed Corporate Attorneys:

Akerman Senterfitt, LLP
335 Madison Avenue
New York, NY 10022
(212) 880-3800

H. Frances Kleiner, Esq.
Akerman Senterfitt, LLP
335 Madison Avenue
New York, NY 10022
(212) 880-3800

RESPECTFULLY SUBMITTED & SUBSCRIBED on behalf of Thomas T. Allan, Jr. & Hela Miodownik:

Dated:  March 20, 2009        LAW OFFICES of ADAM R. ALLAN

```
                              /s/   Adam R. Allan
```

Adam R. Allan, Esq.
50 Pine Street, Suite 3S
New York, NY  10005
(212) 514-7084

```
Counsel to Thomas T. Allan, Jr. &
```
Hela Miodownik

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158(c), to have the appeal heard by the district court.

```
    If a child support creditor or its representatives is
the appellant, and if the child support creditor or its
representative files the form specified in section 304(g)
of the Bankruptcy Reform Act of 1994, no fee is required.
```

Certificate of Service

The undersigned hereby certifies that on March 20, 2009 before 5:00 pm, Eastern Standard Time, a , a Notice of Appeal (the Filing") was filed on behalf of Thomas T. Allan, Jr. & Hela Miodownik by his attorney, Adam R. Allan, Esq., electronically via the Court's CM/ECF system pursuant to General Order 242, as amened by General Order 269, and this Court's "Order Establishing Certain Notice, Case Management and Adminitrative Proceedures" dated February 17, 2009. Electronic notice of said filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System. The undersigned further certifies that copies of the Filing were served, via Hand, on this 20th day of March 2009, to those parties not able to receive electronic notice, as indicated on the Notice of Electronic Filing. The parties are included below:

/s/ Adam R. Allan
Adam R. Allan, Esq.

BY HAND with CD-R & hard copy

To:

Honorable Arthur J. Gonzalez
SDNY Bankruptcy Court
One Bowling Green
New York, NY 10004

Richard Morriseey, Esq.
Trial Attorney
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Peter Wolfson, Esq.
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

H. Frances Kleiner, Esq.
Akerman Senterfitt, LLP
335 Madison Avenue
New York, NY 10017

Gregory Bray, Esq.
Milbank Tweed
One Chase Manhattan Plaza
New York, NY 10005

Andrew Rosenberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP,
1285 Avenue of the Americas
New York, NY 10019

David Malo
Equip Systems, Inc.
757 Third Avenue, 3rd Floor
New York, NY 10017